FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 18 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NUMBER: 01-15-00036-CV

Russell Ham
Appellant

§

vs.

§

William Stephens, ET.AL
Appelle.,

§

IN THE DISTRICT COURT

OF POLK COUNTY, TEXAS

411th JUDICIAL DISTRICT

## MOTION TO SUSPEND RULE 9.3 T.R.A.P.

TO THE HONORABLE SAID JUDGE OF THE COURT:

Now comes _____, requesting this court to suspend the rule of 9.3 T.R.A.P. for the foregoing reasons. Appellant is incarcerated in the Texas Department of Criminal Justice T.D.C.J. Unit of Allan B. Polunsky and states to this Court that he has no access to a copy machine. Noe does he have the funds to make the required 11 copies this Court needs. Appellant pleads with this Honorable Court for its helping hand in this matter.

Respectfully Submitted,

_Russell Ham_

Russell Ham

T.D.C.J.# 1104449
Allan B. Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351
Pro-Se



Russell Hann
#1184449
3872 FM 350 South
Allen B. Polunsky Unit
Livingston, TX 77351

Honorable Kaycee Jones, Presiding Judge

411th District Court
Polk County, Texas
101 W. Mills, Ste. 216
Livingston, Texas 77351

RECEIVED
5-4, 2015
KATHY E. CLIFTON
POLK COUNTY DISTRICT CLERK
BY: ___

Received
5-4-15

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - HEALTH APPROVAL
DIVISION

US POSTAGE
$02.33
Mailed From 77361
05/12/2015
USPS 0005180493

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 8 2015

CHRISTOPHER A. PRINE
CLERK

**KATHY CLIFTON**
**DISTRICT CLERK**
Polk County
101 W. Mill Street, Suite 216
Livingston, Texas 77351-3233



Chris Prine, Clerk of the Court
1st Court of Appeals
301 Fannin
Houston, Texas 77002